FILED

MAR 1 9 2025

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  4:25CR138 MTS/NCC |
| CARLAN TRAVIS PENNEY, JR., | ) ) ) |
| Defendant. | ) |

### INDICTMENT

### COUNT I

The Grand Jury charges that:

1. Between on or about September 1, 2024, and on or about March 1, 2025, in the Eastern District of Missouri and elsewhere,

**CARLAN TRAVIS PENNEY, JR.,**

the defendant herein did use any facility or means of interstate or foreign commerce, to knowingly persuade, induce, entice, and coerce "Victim 1," a minor under the age of eighteen years, to engage in sexual activity for which any person can be charged with a criminal offense, including but not limited to the criminal offense of statutory rape, which was a criminal offense under Georgia criminal code § 16-6-3 and under Revised Statutes of Missouri § 566.034, in violation of Title 18, United States Code, § 2422(b).

### COUNT II

The Grand Jury further charges that:

1

2.  Between on or about February 27, 2025, and on or about March 1, 2025, in the Eastern District of Missouri and elsewhere,

**CARLAN TRAVIS PENNEY, JR.,**

the defendant herein, did knowingly transport an individual who had not attained the age of 18 years in interstate commerce, with the intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely statutory rape, which was a criminal offense under Georgia criminal code § 16-6-3 and under Revised Statutes of Missouri § 566.034, in violation of Title 18, United States Code § 2423(a).

A TRUE BILL.

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
MICHAEL K. HAYES, #61395 MO
Assistant United States Attorney

2